GUDEWILL & BUCKNALL v. UNITED STATES.

NAIRN LINOLEUM CO. v. SAME.

(Circuit Court, S. D. New York. December 14, 1904.)

Nos. 3,600, 3,601.

CUSTOMS DUTIES—CLASSIFICATION—GROUND CORK REFUSE—WASTE—"MANU-FACTURES."

Small pieces of cork, which have been produced by grinding the refuse of cork bark for convenience in handling, and which need further prep-aration before becoming fit for its ultimate use in the manufacture of li-noleum, etc., *held* to be dutiable as waste, under Tariff Act July 24, 1897, c. 11, § 1, Schedule N, par. 463, 30 Stat. 194 [U. S. Comp. St. 1901, p. 1679], and not as a manufacture of cork under paragraph 448, 30 Stat. 193 [U. S. Comp. St. 1901, p. 1677].

On Application for Review of Decisions of the Board of United United States General Appraisers.

The decisions under review affirmed the assessment of duty by the col-lector of customs at the port of New York on importations by Gudewill & Bucknall and Nairn Linoleum Company. See G. A. 5,692 (T. D. 25,334). The merchandise consisted of small pieces of cork, averaging a little larger in size than an ordinary grain of corn, and is produced by grinding the refuse obtained in trimming cork bark in the process of fitting it for baling. It appeared that the principal object of the grinding was that the merchandise might be more conveniently shipped; that it is used in the manufacture of linoleum and of insulating material, and for various other purposes; and that in the manufacture of linoleum it needs to undergo much further prepara-tion. The board affirmed the action of the collector in classifying it as a man-ufacture of cork under paragraph 448, Tariff Act July 24, 1897, c. 11, § 1, Schedule N, 30 Stat. 193 [U. S. Comp. St. 1901, p. 1677]. The importers con-tended that it should have been classified as waste under paragraph 463, 30 Stat. 194 [U. S. Comp. St. 1901, p. 1679].

Comstock & Washburn, for importers.

Henry A. Wise, Asst. U. S. Atty.

PLATT, District Judge. The decision of the Board of General Appraisers is reversed.